UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                                  Case No. 2:05-cr-16

DARREL LEE BALE,                                                HON. R. ALLAN EDGAR

       Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (docket #64) is approved and adopted as the opinion of the Court.

2. The defendant's terms of supervised release shall be modified to include the additional special conditions of supervision as set forth in the Report and Recommendation of the Magistrate Judge.

3. The Probation Officer shall submit to this Court a Probation 12(b) form, Petition and Order Modifying Conditions of Supervision, in accordance with the additional special conditions.

Dated:   10/2/08                                                    /s/ R. Allan Edgar
                                                                              R. ALLAN EDGAR
                                                                              UNITED STATES DISTRICT JUDGE